# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1022
Lower Tribunal No. 18-26679

————————

**Elena Gorbachev, on behalf of G.G., a minor child,**
Appellant,

vs.

**City of Sunny Isles Beach, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Obront Corey, PLLC, and Michael J. Corey, Peter J. Mathews and Curt Obront, for appellant.

Kelley Kronenberg, and David S. Henry and Roxana Gonzalez (Fort Lauderdale), for appellee City of Sunny Isles Beach; Quintairos, Prieto, Wood & Boyer, P.A., and Michelle D. Cofiño and Reginald J. Clyne, for appellee Rep Services Inc.

Before LOGUE, HENDON and GORDO, JJ.

HENDON, J.

Affirmed.  <u>Ruiz v. Westbrooke Lake Homes, Inc.</u>, 559 So. 2d 1172 (Fla. 3d DCA 1990).